THOMAS H. ECKERT, Respondent, *v.* G. B. FARRINGTON Co., INC., et al., Appellants, Impleaded with Another.

Argued December 9, 1941; decided January 8, 1942.

*F. E. Coursen* and *Frank L. Ward* for appellants.

*Clifford H. Searl* and *Harry H. Hartman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.